GEORGE M. LAMONTE, commissioner, respondent,

*v.*

CHARLES C. LURICH et al., appellants.

[Submitted March 27th, 1916.  Decided June 9th, 1916.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Stevens, whose opinion is reported *ante p. 26.*

Mr. *Roger Hinds,* for the respondent.

Mr. *Abram H. Cornish* and Mr. *Otto A. Stiefel,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Stevens.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, TERHUNE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER—14.

*For reversal*—None.